THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Jwan Smith, Appellant.
 
 
 
 
 

Appeal From Anderson County
 Alexander S. Macaulay, Circuit Court
Judge

Unpublished Opinion No. 2010-UP-009
 Submitted January 4, 2010  Filed January
21, 2010    

APPEAL DISMISSED

 
 
 
 Acting Chief Appellate Defender Robert M.
 Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Donald J. Zelenka, all of Columbia; and Christina T. Adams, of Anderson, for
 Respondent.
 
 
 

PER CURIAM: Jwan
 Smith appeals from his conviction for murder and possession of a firearm during
 the commission of a violent crime, arguing the trial court erred by not
 directing a verdict.  After a thorough
 review of the record and both briefs pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] Smith's appeal and grant counsel's motion to be relieved. 
APPEAL DISMISSED.
HUFF, A.C.J., GEATHERS, J.,
 and CURETON, A.J., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.